CLARENCE W. KLINE, CHARLES LUFBURROW et al., defendants-appellants,

*v.*

KNICKERBOCKER TRUST COMPANY, trustee, and ROBERT K. WALTON et al., respondents.

[Submitted March 24th, 1913.   Decided May 9th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *sub nom. Knickerbocker Trust Co., Trustee,* v. *Carteret Steel Co., ante p. 130.*

*Mr. Frederick W. Hope, Mr. William J. Leonard, Mr. Charles R. Snyder* and *Mr. Edmund Wilson,* for the appellants.

*Mr. John B. Humphreys,* for the Knickerbocker Trust Company, trustee, appellee.

*Mr. John W. Harding,* for the estate of John P. Jones and Robert K. Walton.

*Mr. Robert K. Walton, pro se.*

PER CURIAM.

We should be quite satisfied to affirm the order appealed from for the reasons expressed in the memorandum of Vice-Chancellor Howell in the court below, except for the presence in the briefs of counsel for the appellants of a wholly unjustifiable attack upon the truthfulness and standing of several members of the bar of this state, one of whom was the master who made the sale; and others of whom were counsel for the complainant below. We concur entirely in the confidence placed by Vice-Chancellor Howell in the master; and his standing and that of counsel for

the appellees are and have always been such as to commend them to the entire confidence of the court and to require us in justice to them to express our unqualified disapproval of what we regard as an entirely unprovoked and unmerited personal attack.

The order appealed from will be affirmed.

*For affirmance*—The Chief-Justice, Garrison, Swayze, Trenchard, Parker, Bergen, Minturn, Kalisch, Bogert, Vredenburgh, Congdon, White, Heppenheimer, Terhune —14.